1  Anthony O. Egbase, Esq. SB#181721
   **Law Offices of Anthony O. Egbase & Associates**
2  **350 S. Figueroa Street, Suite 189**
   **Los Angeles, CA 90071**
3  **Tel:(213)620-7070 Fax:(213)620-1200**
   **Attorneys for Debtor**
4

**FILED & ENTERED**

**JUL 07 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier     DEPUTY CLERK**

5                  **UNITED STATES BANKRUPTCY COURT**

6        **CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

7

8  *IN RE*                                    ) **CASE #:2:09-bk-45649-BR**
                                              )
9                                             ) **Chapter 7**
                                              )
10                                            )
                                              ) **ORDER DENYING IN PART AND**
11     CHUNYI AN                              ) **GRANTING IN PART DEBTOR'S**
                                              ) **MOTION FOR  RECONSIDERATION OF**
12                                            ) **ORDER DENYING DEBTOR'S MOTION**
                                              ) **TO CONVERT CHAPTER 7 TO**
13                                            ) **CHAPTER 11 CASE UNDER U.S.C. 706;**
                                              ) **OR IN THE ALTERNATIVE TO DISMISS**
14     Debtor                                 ) **CHAPTER 7 CASE**
                                              )
15                                            ) **DATE: June 22, 2010**
                                              )
16                                            ) **Time: 10:00am**
                                              ) **Crtrm: 1668**
17

18  _____

19
    **TO THE CHAPTER 7 TRUSTEE, ROSENDO GONZALEZ, ALL INTERESTED PARTIES AND**
20
    **THEIR ATTORNEYS OF RECORD:**
21

22          Debtor Chunyi An's Motion for reconsideration of order Denying Debtor's  Motion to

23  Convert to Chapter 11 Case Under U.S.C. 706; or in the Alternative to Dismiss Chapter 7 came on for

24  hearing on June 22, 2010 at 10:00am in the above entitled court.

25      **Appearances**:

26  Anthony O. Egbase Attorney appeared for Debtor, Chunyi An

27  Jane Kaplan Attorney appeared for Creditor Yuen Fan Tse Young

28
                                          – 1 –

1   No other appearances were made.

2          After considering the moving papers, papers in opposition, and the court file in this case

3   THE COURT ORDERS, DECREES, AND RULES AS FOLLOWS:

4      1)  Debtor's Motion for reconsideration of order Denying Debtor's Motion to Convert Chapter 7 to

5          Chapter 11 Case Under U.S.C. 706 is denied.

6      2)  Debtor's motion to dismiss Chapter 7 case is granted without a bar to refilling another bankruptcy

7          case.

8

9

10

11

12

13

14

15
                                    ###
16

17

18

19

20

21

22

23

24

25

26
       DATED: July 7, 2010                    _____
27                                            United States Bankruptcy Judge

28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071

A true and correct copy of the foregoing document described _**ORDER DENYING IN PART AND GRANTING IN PART DEBTOR'S MOTION ON RECONSIDERATION OF ORDER DENYING DEBTOR'S MOTION TO CONVERT TO CHAPTER 11 CASE UNDER U.S.C. 706; OR IN THE ALTERNATIVE TO DISMISS CHAPTER 7 CASE_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _6/22/2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

| 6/22/10 | JOANNE SANCHEZ | /s/ Joanne Sanchez |
|---------|----------------|--------------------|
| *Date* | *Type Name* | *Signature* |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2    BAC Home Loans Servicing, LP
     450 American Street, #SV4516
3    Simi Valley, CA 93065

4    Bank of America
     PO Box 1390
5    Norfolk, VA 23501

6    Centro Eagle
     Law Offices of Brad Sures
7    17042 Devonshire Street, Suite 216
     Northridge, CA 91325

8    Edward Lee, Esq
     3530 Wilshire Blvd
9    Los Angeles, CA 90020

10   Jayne T. Kaplan
     1112 Fair Oaks Avenue
11   South Pasadena, CA 91030

12   Chapter 7 Trustee
     Rosendo Gonzalez
13   530 S. Hewitt Street, Suite 148
     Los Angeles, CA 90013
14
     Los Angeles County Tax Collector
15   P.O. BOX 54018
     Los Angeles, CA 90054
16
     Nara Bank
17   2727 Olympic Blvd
     Los Angeles, CA 90006
18
     US Bank
19   555 SW Oak-Suite 200
     Portland, OR 97204
20
     Wells Fargo Business
21   PO Box 29482
     Phoenix, AZ 85038
22
     Yuen Fan Tse Young
23   c/o Law Offices of Edwin Chaw
     506 North Garfield Avenue, Ste 260
24   Alhambra, CA 91801

25

26

27

28

1

2

3

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

4

5

6

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

7

Notice is given by the court that a judgment or order entitled _____**ORDER DENYING IN PART AND GRANTING IN PART DEBTOR'S MOTION ON RECONSIDERATION OF ORDER DENYING DEBTOR'S MOTION TO CONVERT TO CHAPTER 11 CASE UNDER U.S.C. 706; OR IN THE ALTERNATIVE TO DISMISS CHAPTER 7 CASE_** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

8

9

10

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____6/22/10_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

11

12

13

- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
- Anthony Egbase    info@anthonyegbaselaw.com
- Vincent V Frounjian    vvf@pacbell.net
- Rosendo Gonzalez    rgonzalez@ecf.epiqsystems.com, gabgarcia@earthlink.net
- Jayne T Kaplan    kaplanlawoffices@sbcglobal.net
- Leonard Pena    lpena@penalaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

14

15

16

17

☐   Service   information   continued   on attached page

18

19

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

20

21

☒   Service   information   continued   on attached page

22

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

23

24

25

26

27

28

1

2

3

4

5
BAC Home Loans Servicing, LP
450 American Street, #SV4516
Simi Valley, CA 93065

6

7
Centro Eagle
Law Offices of Brad Sures
17042 Devonshire Street, Suite 216
Northridge, CA 91325

8

9
Edward Lee, Esq
3530 Wilshire Blvd
Los Angeles, CA 90020

10

11
Los Angeles County Tax Collector
P.O. BOX 54018
Los Angeles, CA 90054

12

13
Nara Bank
2727 Olympic Blvd
Los Angeles, CA 90006

14

15
US Bank
555 SW Oak-Suite 200
Portland, OR 97204

16

17
Wells Fargo Business
PO Box 29482
Phoenix, AZ 85038

18

19
Yuen Fan Tse Young
Owner Carry
c/o Law Offices of Edwin Chaw
506 North Garfield Avenue, Ste 260
Alhambra, CA 91801

20

21

22

23

24

25

26

27

28